UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Joanne Warner,

Defendant. Civ. No. 00-462 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of August, 2001.

* * *

On August 1, 2001, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Tuesday, September 11, 2001. On August 2, 2001, this Court received instruction from Lowell Lindquist, Calendar Clerk to the Honorable Donovan W. Frank, that we not set a Settlement Conference in this matter as other Motions are currently pending. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

ORDERED:

That the Settlement Conference set for Tuesday, Septembber 11, 2001, at 3:30 p.m., in Fergus Falls, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE