UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-462 DWF/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE WARNER,<br><br>Defendant. | ) | ORDER |

This matter comes before the Court on plaintiff's motion for summary judgment. Mary Trippler, Assistant United States Attorney, appears for plaintiff. Defendant made no appearance.

Based upon the briefs and arguments of counsel and upon all files, records and proceeding herin,

IT IS HEREBY ORDERED That:

1. Plaintiff's motion is granted; and
2. Judgment is entered in favor of plaintiff and against defendant on the six Stafford loans in the sum of $13,105.58 in principal plus prejudgment interest through July 12, 1999, in the amount of $11,414.08, additional prejudgment interest at the rate of nine percent from July 12, 1999, $50.00 in administrative and collection fees, postjudgment interest at the legal rate and, pursuant to 28 U.S.C. §2412, costs of $150.00; on the SLS loan, judgment is entered in favor

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 17 2001
DEPUTY CLERK

of plaintiff and against defendant in the amount of $3,974.72 in principal, $3,290.19 in prejudgment interest through July 12, 1999, additional prejudgment interest at the rate of 9.63 percent from July 12, 1999, $40.00 in collection and administrative fees and postjudgment interest at the legal rate.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 14, 2001

Donovan Frank, Judge of District Court

SEP 17 2001

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500